EDWARD MATTHEWS, Respondent, *v.* BENEDICT MEYBERG et al., Appellants.

A denial of a motion for a new trial, made upon the judge's minutes, is not the subject of an exception, and such an exception presents no question of fact for review upon appeal from the judgment.

The office of an exception is to point out errors committed by the court during the progress of the trial.

To bring up the case for review upon the facts there must be an appeal from the order denying the motion for a new trial.

(Argued December 21, 1875; decided January 18, 1876.)

CAUSES NOT REPORTED IN FULL. 657

THIS action was tried below by a jury. After verdict defendant made a motion for a new trial on the judge's minutes on the merits, which was denied, and defendant excepted. The order was not appealed from, but defendant appealed from the judgment entered on the verdict. *Held*, as above; and that upon the appeal the General Term could only review errors at law presented by exceptions taken upon the trial. The other questions presented were disposed of upon the facts.

*Lewis Sanders* for the appellant.

*William Q. Judge* for the respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.